# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § | CIVIL ACTION 6:20-cv-00952-ADA |
| | | CIVIL ACTION 6:20-cv-00953-ADA |
| *Plaintiff*, | | CIVIL ACTION 6:20-cv-00956-ADA |
| | | CIVIL ACTION 6:20-cv-00957-ADA |
| v. | | CIVIL ACTION 6:20-cv-00958-ADA |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., | | |
| *Defendant*. | | |

## JOINT MOTION FOR ENTRY OF AGREED ORDER GOVERNING PROCEEDINGS

WHEREAS, the five above-captioned actions are currently pending before the Court but have not been formally consolidated;

WHEREAS, the parties agree that, as detailed in Exhibit A hereto, these cases may be grouped-in-part so as to appropriately limit briefing for claim construction and discovery in this case consistent with the range of technologies at issue; and

WHEREAS, the proposed case groupings and modifications will not affect the date for any hearing, or any final submission to the Court related to a hearing, or the trial;

NOW THEREFORE, the parties stipulate to and request entry of the Agreed Order Governing Proceedings attached as Exhibit A.

Dated:  August 22, 2021              RESPECTFULLY SUBMITTED,

By: */s/ Mark D. Siegmund*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    Jack Shaw (CA Bar No. 309382)
    (Admitted in this District)
    jshaw@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5096

    Mark D. Siegmund (TX Bar No. 24117055)
    mark@waltfairpllc.com
    **LAW FIRM OF WALT FAIR, PLLC**
    1508 N. Valley Mills Drive
    Waco, TX 76710
    Telephone:  (254) 772-6400
    Facsimile:  (254) 772-6432

    **Attorneys for Plaintiff**
    **WSOU INVESTMENTS, LLC d/b/a**
    **BRAZOS LICENSING AND**
    **DEVELOPMENT**

By: <u>*/s/ Jacob J.O. Minne*</u>
Elizabeth M. Chiaviello
Texas Bar No. 24088913
elizabeth.chiaviello@morganlewis.com
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
T. 214-466-4000
F. 214-466-4001

Michael J. Lyons (pro hac vice)
michael.lyons@morganlewis.com
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
Jacob J.O. Minne (pro hac vice)
jacob.minne@morganlewis.com
Morgan, Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

**ATTORNEYS FOR DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mark D. Siegmund*
**Mark D. Siegmund**