IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC,**<br>*Plaintiff* | § § § | |
| -vs- | § § § | **W-20-CV-00952-ADA**<br>**W-20-CV-00953-ADA**<br>**W-20-CV-00956-ADA** |
| **ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,**<br>*Defendant* | § § § § | **W-20-CV-00957-ADA**<br>**W-20-CV-00958-ADA** |

## ORDER APPOINTING SPECIAL MASTER

The Court **APPOINTS** Dr. Joshua J. Yi as Special Master for the purpose of conducting claim construction proceedings in the above-styled cause pursuant to Fed. R. Civ. P. 53 and directs the Special Master to proceed with all reasonable diligence. The Special Master will preside over the claim construction proceedings and submit to the Court a Report and Recommendation. The Court shall review the Special Master's Report and Recommendation, as well as any timely-filed objections by the parties, in a manner mirroring Federal Rule of Civil Procedure 72 and 28 U.S.C. § 636. As a record of activities, the Special Master shall preserve all written submissions received from the parties.

After reviewing the Special Master's *curriculum vitae*, the Court concludes that the Special Master is well-qualified to effectively and timely address this matter. An investigation by the Court reveals the Special Master has no conflicts of interest requiring disqualification, and the Special Master has already confirmed by affidavit that there is no ground for disqualification under 28 U.S.C. § 455. The Court has provided the parties notice of the appointment and received no objections. The Court therefore finds the Special Master is qualified to serve in this case, and the appointment is therefore effective immediately. The parties shall send courtesy

copies of claim construction briefs, exhibits, and technology tutorials in the format requested by the Special Master.

In furtherance of his duties, the Special Master may communicate *ex parte* with the Court on any matter. The Special Master may not communicate *ex parte* with the parties (except to arrange scheduling matters) without the consent of all parties.

The Court has considered the fairness of imposing the likely expenses on the parties and has taken steps to protect against unreasonable expense or delay. The Special Master's hourly rate shall be $750 per hour. The Special Master's compensation, as well as any costs and expenses, will be paid equally by the parties unless the Court decides to reallocate. Upon entry of order to pay fees, the parties shall pay the Special Master directly within fourteen (14) days of the order. If the Special Master finds that he needs the assistance of any paralegal or lawyer in his office, that expense shall be billed by the Special Master at the ordinary rates for those people. Any dispute regarding the Special Master's fees for his services as Special Master shall be brought before this Court.

SIGNED this 25th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE