UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND DEVELOPMENT

vs.                                                       Case No.:  6:20-cv-00953-ADA

ONEPLUS TECHNOLOGY (SHENZHEN)
CO., LTD.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Hershy Stern _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent WSOU Investments, LLC _____ in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

KASOWITZ BENSON TORRES LLP _____ with offices at:

Mailing address: 1633 Broadway _____

City, State, Zip Code: New York, NY 10019 _____

Telephone: 212-506-1784 _____  Facsimile: 212-835-5094 _____

2.  Since 2009 _____, Applicant has been and presently is a

member of and in good standing with the Bar of the State of New York _____.

Applicant's bar license number is 4631024 _____.

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| NY Bar | 01/14/2009 |
| EDNY; SDNY | 03/24/2009 |
| | |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    N/A

5.  I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: 6-20-cv-00923-ADA on the 27 day of July , 2021 .

    Number: 6-20-cv-00924-ADA on the 29 day of July , 2021 .

    Number: SEE ATTACHED on the ____ day of _____ , ____ .

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    N/A

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    N/A

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: __Mark D. Siegmund_____

Mailing address: __8416 Old McGregor Road_____

City, State, Zip Code: __Waco, TX 76712_____

Telephone: __(254) 651-3690_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

__Hershy Stern_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Hershy Stern
_____
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the __28__ day of __October_____, __2021__.

Hershy Stern
_____
[printed name of Applicant]

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**   ▾

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND

vs.                                                    Case No.:  6:20-cv-00953-ADA

ONEPLUS TECHNOLOGY (SHENZHEN)
CO., LTD.

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Hershy Stern                                        , counsel for

WSOU Investments, LLC                          , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Hershy Stern                                  may appear on behalf of  WSOU Investments, LLC

in the above case.

IT IS FURTHER ORDERED that  Hershy Stern                                        , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October                                    , 20 21      .

_____
UNITED STATES DISTRICT JUDGE

Addendum to Hershy Stern's Motion for Pro Hac Vice Admission
WSOU Investments, LLC d/b/a
Brazos Licensing and Development v. Oneplus Technology (Shenzhen) Co., Ltd.
Case Nos. 6:20-cv-00952-ADA, 6:20-cv-00953-ADA, 6:20-cv-00956-ADA, 6:20-cv-00957-ADA, and 6:20-cv-00958-ADA

5.  I have previously applied to Appear Pro Hac Vice in this district in Case[s]:

6-20-cv-00925-ADA on the 27th day of July, 2021
6-20-cv-00926-ADA on the 27th day of July, 2021
6-20-cv-00980-ADA on the 15th day of October, 2021
6-20-cv-00981-ADA on the 15th day of October, 2021