AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development<br>*Plaintiff*<br>v.<br>OnePlus Technology (Shenzhen) Co., Ltd.<br>*Defendant* | Civil Action Nos. 6:20-cv-00952-ADA, 6:20-cv-00953-ADA, 6:20-cv-00956-ADA, 6:20-cv-00957-ADA, 6:20-cv-00958-ADA |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Qualcomm, Inc.
c/o Prentice Hall Corp System, 211 E. 7th Street, Suite 620 Austin, Texas 78701

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Steckler Wayne Cochran Cherry PLLC<br>8416 Old McGregor Road, Waco, TX 76712 | Date and Time:<br>January 5, 2022 at 10:00 a.m. |
|---|---|

The deposition will be recorded by this method: audio recording, stenographic means, and video recording

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Attachment A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/20/2021

CLERK OF COURT                    OR    /s/ Jonathan A. Waldrop

_____        _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
WSOU Investments LLC d/b/a Brazos Licensing and Development
Jonathan K. Waldrop, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, CA 94065
jwaldrop@kasowitz.com; (650) 453-5170

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 6:20-cv-00952-ADA, 6:20-cv-00953-ADA, 6:20-cv-00956-ADA, 6:20-cv-00957-ADA, 6:20-cv-00958-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 40.00 .

My fees are $ _____ for travel and $ 140.00 for services, for a total of $ 140.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: *See Attached Return of Service*

Printed name and title: _____

Server's address: _____

Additional information regarding attempted service, etc.:

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT
for the
WESTERN District of TEXAS
Cause No. 6:20-cv-00952-ADA

**WSOU Investments, LLC d/b/a Brazos Licensing and Development**

*Plaintiff(s)*
vs.

**OnePlus Technology (Shenzhen) Co., Ltd.**

*Defendant(s),*

Came to hand on December 20, 2021, at 4:08 PM.

And executed at the address of **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on December 21, 2021 at 10:20 AM, by delivering to the within named:

**Qualcomm, Inc. c/o Prentice Hall Corp System**

**by personally delivering the document(s) by and through its designated agent, Evie Lichtenwalter, Agent For Service Of Process, true copies of this Plaintiff WSOU Investments, LLC's Notice of Subpoena and Deposition of Third-Party Qualcomm, Inc.; Subpoena to Testify at a Deposition in a Civil Action; $40.00 Witness Fee, having first endorsed on such copy the date of delivery at the address location of 211 E. 7th Street, Suite 620, Austin, TX 78701 in the county of Travis.**

I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct.

By: _____
Mark S. Burrow PSC-275; Exp. 12/31/2022

## VERIFICATION

STATE OF TEXAS
COUNTY OF McLENNAN

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared, Mark S. Burrow, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office this 22 day of December, 2021.

_____
NOTARY PUBLIC OF THE STATE OF TEXAS

BRENDA ATTEBERRY
Notary Public, State of Texas
Comm. Expires 08-16-2023
Notary ID 10275070

Service Fee: $ 140.00
Witness Fee: $ 40.00

Job ID#: 2102778
Steckler, Wayne, Cochran, Cherry, PLLC