IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § | Case No. 6:20-cv-00952-ADA |
| | | Case No. 6:20-cv-00953-ADA |
| *Plaintiff*, | | Case No. 6:20-cv-00956-ADA |
| | | Case No. 6:20-cv-00957-ADA |
| v. | | Case No. 6:20-cv-00958-ADA |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., | | JURY TRIAL DEMANDED |
| *Defendant.* | | |

## JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") (collectively, "Parties"), pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines. The Parties have agreed to modify the case schedule as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Close of fact discovery | July 20, 2022 | August 26, 2022 |
| Opening expert reports | September 2, 2022 | September 29, 2022 |
| Rebuttal expert reports | October 14, 2022 | November 3, 2022 |
| Close of expert discovery | November 11, 2022 | November 18, 2022 |

The above case extensions do not change the date for any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Date:  May 13, 2022                              Respectfully submitted,

1

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Joshua A. Whitehill (NY Bar No. 4766473)
*(Pro hac vice* admission)
jwhitehill@kasowitz.com
Howard L. Bressler (NY Bar No. 248379)
(*Pro hac vice* admission)
hbressler@kasowitz.com
(Hershy Stern (NY Bar No. 4631024)
(*Pro hac vice* admission)
hstern@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(*Pro hac vice* admission)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (972) 387-4041

**ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**


By /s/ *Jacob J.O. Minne*
Elizabeth M. Chiaviello
Texas Bar No. 24088913
*elizabeth.chiaviello@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
T. 214-466-4000
F. 214-466-4001

Michael J. Lyons (*pro hac vice*)
*michael.lyons@morganlewis.com*
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
*ahren.hsu-hoffman@morganlewis.com*
Jacob J.O. Minne (*pro hac vice*)
*jacob.minne@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

**ATTORNEYS FOR DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.**

**Certificate of Service**

A true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 13th day of May, 2022, via the Court's CM/ECF system.

                                        */s/ Jonathan K. Waldrop*
                                        Jonathan K. Waldrop