IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>*Plaintiff*,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br>*Defendant*. | CIVIL ACTION NO. 6:20-CV-00952-ADA<br>CIVIL ACTION NO. 6:20-CV-00953-ADA<br>CIVIL ACTION NO. 6:20-CV-00956-ADA<br>CIVIL ACTION NO. 6:20-CV-00957-ADA<br>CIVIL ACTION NO. 6:20-CV-00958-ADA |
|---|---|

## AMENDED SCHEDULING ORDER

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Close of Fact Discovery. To respond to or supplement responses to written discovery and to complete third-party discovery. The extension of fact discovery does not extend the previous deadline to serve further written discovery. All subpoenas and deposition notices to be served by August 31, 2022 | October 21, 2022 | December 23, 2022 |
| Opening Expert Reports. | December 2, 2022 | January 26, 2023 |
| Rebuttal Expert Reports. | January 13, 2023 | February 23, 2023 |
| Close of Expert Discovery. | January 27, 2023 | March 16, 2023 |
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. | February 3, 2023 | March 23, 2023 |

6

| | | |
|---|---|---|
| The Parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | February 10, 2023 | March 30, 2023 |
| Dispositive Motion deadline and *Daubert* Motion deadline.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). | February 16, 2023 | April 6, 2023 |
| Oppositions to dispositive motions and *Daubert* motions. | March 9, 2023 | April 27, 2023 |
| Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. | 8 weeks before trial | |
| Replies in support of dispositive motions and *Daubert* motions. | March 23, 2023 | May 11, 2023 |
| Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | April 6, 2023 | May 25, 2023 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | April 20, 2023 | June 8, 2023 |
| Serve objections to rebuttal disclosures; file Motions *in limine*. | May 3, 2023 | June 22, 2023 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | May 10, 2023 | June 29, 2023 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | May 17, 2023 | July 6, 2023 |

| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | May 17, 2023 | July 7, 2023 |
|---|---|---|
| Final Pretrial Conference. | June 1, 2023 | July 20, 2023 |
| Jury Selection/Trial. | June 12, 2023 | July 31, 2023 |

**SIGNED** this 24th day of October, 2022.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**